# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| | |
|---|---|
| In Re: Mansour Tawhid Shabazz and Cassandra Gail Young | Case No.: 15–43686 CN 13 |
| Debtor(s) | Chapter: 13 |

## ORDER TO FILE REQUIRED DOCUMENTS
## NOTICE RE AUTOMATIC DISMISSAL

The debtor(s) named above failed to file the documents listed below.

- ☐ List of Creditors
- ☐ Individual Debtor's Statement of Compliance with Credit Counseling Requirement (Official Form 101)
- ☒ Summary of Your Assets and Liabilities and Certain Statistical Information (Official Form 106Sum)
- ☒ Schedule A/B – Property (Official Form 106A/B)
- ☒ Schedule C – Property Claimed as Exempt (Official Form 106C)
- ☒ Schedule D – Creditors Holding Secured Claims (Official Form 106D)
- ☒ Schedule E/F – Creditors Who Have Unsecured Claims (Official Form 106E/F)
- ☒ Schedule G – Executory Contracts and Unexpired Leases (Official Form 106G)
- ☒ Schedule H – Your Codebtors (Official Form 106H)
- ☒ Schedule I – Your Income (Official Form 106I)
- ☒ Schedule J – Your Expenses (Official Form 106J)
- ☐ Schedule J–2 Expenses for Separate Household of Debtor 2 (Official Form 106J–2)
- ☒ Declaration About an Individual Debtor.s Schedules (Official Form 106Dec)
- ☒ Statement of Financial Affairs for Individuals Filing for Bankruptcy (Official Form 107)
- ☐ Chapter 7 Statement of Your Current Monthly Income and Means Test Calculation, or Statement of Exemption from Presumption of Abuse Under §707(b)(2) (Official Forms 122A–1 and 122A–2, or 122A–1Supp)
- ☒ Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period, and Calculation of Your Disposable Income (Official Forms 122 C–1 and 122C–2)
- ☒ Chapter 13 Plan
- ☐

IT IS HEREBY ORDERED that unless within 14 DAYS OF THE DATE OF THIS ORDER, the debtor(s) either: (a) files the documents listed above; (b) files a written request to extend the time to do so; or (c) files a written request for an order excusing the filing of the documents, the court WILL DISMISS this case without further notice or hearing.

IT IS HEREBY ORDERED that unless WITHIN 45 DAYS AFTER THE PETITION DATE, the debtor(s) either: (a) files the documents prescribed in 11 U.S.C. §521(a)(1); (b) files a written request under 11 U.S.C. §521(i)(3) for additional time to do so; or (c) OBTAINS AN ORDER excusing the filing of the documents, THIS CASE WILL BE AUTOMATICALLY DISMISSED, pursuant to 11 U.S.C. §521(i).

Dated: 12/4/15

By the Court:

Charles Novack
United States Bankruptcy Judge